OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 27 2015

**1/21/2015**
**FEIST, HERBERT HERMAN**    Tr. Ct. No. 39295-M    WR-12,375-21
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC #                                              UTF
P. O. BOX 26007
BEAUMONT, TX  77720

:TN3B  77720